# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ASHLEY MAYEAUX MORGAN

VERSUS

CHARLES ROSS MORGAN

NO. 2020 CA 1226

**MAY 10, 2021**

---

In Re:    Charles Ross Morgan, applying for rehearing, 21st Judicial District Court, Parish of Tangipahoa, No. 2020-0001193.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT